UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : No. 4:25-CR-194 |
| | : (Chief Judge Brann) |
| TYLER FULLER, | : |
| | : |
| Defendant. | : |

*FILED WILLIAMSPORT PER JUL 24 2025 NK DEPUTY CLERK*

# INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
### 18 U.S.C. § 2252(a)(2)
### (Receipt of Child Pornography)

On or about August 27, 2023, in Centre County, in the Middle District of Pennsylvania, the defendant,

### TYLER FULLER,

did knowingly receive visual depictions using any means and facility of interstate and foreign commerce, and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such depictions were of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2).

THE GRAND JURY FURTHER CHARGES:

## COUNT 2
### 18 U.S.C. § 2252(a)(4)(B)
(Possession of Child Pornography)

In or about August 2023 to July 2025, in Centre County, in the Middle District of Pennsylvania, and elsewhere, the defendant,

### TYLER FULLER,

did knowingly possess one or more matters which contained visual depictions of a minor, including a minor under the age of 12, engaged in sexually explicit conduct, the production of which involved the use of a minor, including a minor under the age of 12 years old, engaging in sexually explicit conduct, which had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

A TRUE BILL

JOHN C. GURGANUS  
Acting United States Attorney

████████████████████  
FOREPERSON

*[signature]*  
ALISAN V. MARTIN  
Assistant United States Attorney

7/24/25  
Date